# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2018

_____

United States of America,

      Appellee,

v.

Rashaund L. Jackson,

      Appellant.

\* 
\* 
\* 
\* 
\*   Appeal from the United States 
\*   District Court for the 
\*   Western District of Missouri. 
\* 
\*     [UNPUBLISHED] 
\*

_____

Submitted: April 23, 2009
Filed: May 4, 2009

_____

Before RILEY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Rashaund Jackson appeals the sentence the district court[1] imposed after revoking his supervised release. Upon reviewing the record and counsel's brief, we conclude Jackson's sentence is not unreasonable. See United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (standard of review). The sentence is within the statutory limits of 18 U.S.C. § 3583(e)(3), and the sentence resulted from the district court's consideration of appropriate factors under 18 U.S.C. § 3553(a). See United States v. Nelson, 453 F.3d 1004, 1006 (8th Cir. 2006) (explaining an

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

appellate court reviews a revocation sentence to determine whether the sentence is unreasonable in relation to, inter alia, the advisory Guidelines range and the § 3553(a) factors).

We affirm.

_____